AARON D. FORD
  Attorney General
VICTORIA C. COREY (Bar No. 16364)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-9245 (phone)
(702) 486-3773 (fax)
Email: vcorey@ag.nv.gov

*Attorneys for Defendants*
*Benedicto Gutierrez, Veronica Avila,*
*Albert Castellan and Vanessa Nicholson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ISAAC LEWIS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>B. GUTIERREZ, et al.,<br><br>　　　　　Defendants. | Case No.  3:22-cv-00010-CLB<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br>**(First Request)** |

Defendants Benedicto Gutierrez, Veronica Avila, Albert Castellan, Vanessa Nicholson, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Victoria C. Corey, Deputy Attorney General, move this Court for an extension of time to file dispositive motions. (First Request).

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    FACTUAL ANALYSIS**

This is a *pro se* prisoner civil rights action brought by Isaac Lewis (Lewis), asserting claims arising under 42 U.S.C. § 1983. After mandatory screening, the Court permitted a single Eighth Amendment deliberate indifference to a serious medical needs claim to proceed against Defendants Benedicto Gutierrez, Veronica Avila, Albert Castellan, and Vanessa Nicholson pertaining to his allegations regarding his dental

needs and issues. ECF No. 3 at 8.[1]

On February 27, 2023, this Court issued a Scheduling Order, stating that the deadline to file dispositive motions was October 25, 2023. ECF No. 33. On August 11, 2023, Plaintiff filed, and Defendants did not oppose, a motion for extension of time to extend discovery. ECF Nos. 46 and 47. On August 25, 2023, this Court permitted an extension of discovery, indicating that the new deadline to file a dispositive motion is April 24, 2024. ECF No. 48. After engaging in amble discovery with Plaintiff, Defendants have begun to draft their dispositive motion.

However, Counsel is preparing for a wrongful death jury trial scheduled to begin April 29, 2024, in Case No. 3:20-cv-00190-ART-CLB, *Burton v. Fonseca, et al*, which is expected to last five (5) judicial days, if not more. Due to the trial and preparation for the trial, along with keeping up on deadlines and hearings for the roughly sixty-four other cases counsel is responsible for and other numerous daily administrative duties, Counsel will not be able to properly prepare the necessary dispositive motion by the current deadline. Therefore, Counsel respectfully requests an additional 45 days to file the dispositive motion, with a new deadline of **Monday, June 8, 2024**.

## II.    LEGAL ANALYSIS

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Further, the Local Rules of Practice require a showing of good cause for a request made within 21 days of the subject deadline. LR 26-3.

Although, this Court noted in the August 25, 2023, extension that "[n]o further

---

[1] Throughout the course of litigation, Plaintiff was permitted to add Veronica Avila, Albert Castellan, and Vanessa Nicholson as Defendants in this matter. ECF Nos. 33 and 56.

<u>extensions of time will be granted</u>" good cause exists to grant the requested extension of time, which is filed within 21 days of the subject deadline. ECF No. 48 at 1:24. Extraordinary circumstances exist for the extension based on the upcoming trial noted in paragraph I *supra*. This is Defendants first request to extend any deadline established in the August 25, 2023, scheduling order. The requested extension of time would grant the Defendants sufficient time to gather the required declarations and thoroughly prepare the motion. Defendants' request for a brief extension of time will not hinder or prejudice Plaintiff's case as a well briefed motion for summary judgment will help the parties narrow the scope of the issues to be determined at trial. Therefore, a short 45-day extension is requested.

### III. CONCLUSION

Defendants assert that the requisite good cause and extraordinary circumstances are present to warrant the requested extension of time. Therefore, Defendants respectfully request a 45-day extension to file their dispositive motion, which if granted, would be due on **Monday, June 8, 2024.**

DATED this 17th day of April, 2024.

             AARON D. FORD
             Attorney General

             By: /s/ *Victoria C. Corey*
                 VICTORIA C. COREY, Bar No. 16364
                 Deputy Attorney General

             *Attorneys for Defendants*

**IT IS SO ORDERED.**

**DATED:** April 18, 2024.

                 _____
                 UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on April 17, 2024, I electronically filed the foregoing **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION (First Request)** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

    Isaac Lewis, #1126780
    High Desert State Prison
    P.O. Box 650
    Indian Springs, Nevada 89070
    HDSP_LawLibrary@doc.nv.gov
    *Plaintiff, Pro Se*

                             */s/ Karen A. Easton*
                             KAREN A. EASTON, an employee of the
                             Office of the Nevada Attorney General