AARON D. FORD
Attorney General
VICTORIA C. COREY (Bar No. 16364)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way., Ste. 100
Las Vegas, Nevada 89119
(702) 486-9245 (phone)
(702) 486-3768 (fax)
Email: vcorey@ag.nv.gov

*Attorneys for Defendant,
Veronica Avila, Albert Castellan,
Benedicto Gutierrez, and Vanessa Nicholson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ISAAC LEWIS,<br><br>   Plaintiff,<br><br>v.<br><br>B. GUTIERREZ, *et al.*,<br><br>   Defendants. | Case No. 3:22-cv-00010-CLB<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE [FIRST REQUEST]** |

Defendants, Veronica Avila, Albert Catellan, Benedicto Gutierrez, and Vanessa Nicholson, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Victoria C. Corey, Deputy Attorney General, of the State of Nevada, Office of the Attorney General; and Plaintiff, Isaac Lewis, *pro se*, hereby submit their first stipulation and agreement to extend the deadline to file a proposed joint pretrial order to November 4, 2024. The Parties are requesting the modification in good faith and the request is supported by good cause.

LR 26-3 requires that the extension of any date set by the discovery plan, scheduling order, or other order must—as well as satisfying the requirements of LR IA 6-1 to explain the reasons an extension is needed—demonstrate good cause for the extension.

Good cause to extend the deadline to file a proposed joint pretrial order exists. First, Deputy Attorney General Victoria C. Corey will be out of office from August 28, 2024, to September 11, 2024, for both annual leave as well as undergoing a medical surgery, as well

as being out of office from September 23, 2024 to September 30, 2024, undergoing another medical surgery. Additionally, Plaintiff Isaac Lewis has recently been transferred to another NDOC institution, requiring additional time to ensure that all legal documents are within his possession, allow time for him to attend the Law Library, and allow extra time for the parties to meet and confer about the contents of the proposed joint pretrial order. Furthermore, Defendants intend to file a motion for reconsideration on the denial of their motion for summary judgment, and potentially an appeal. The parties have been in communication with each other and have been working with each other to attempt to streamline this trial and potentially stipulate to evidence, facts, and potential witnesses, should any motion for reconsideration or appeal be denied.

    Based on the foregoing, the Parties submit that good cause exists to grant the requested extension and that the deadline to submit a proposed joint pretrial order be moved to November 4, 2024.

DATED this 23rd day of August, 2024
and respectfully submitted by:
AARON D. FORD
Attorney General

/s/ *Victoria C. Corey*
VICTORIA C. COREY (Bar No. 16364)

*Attorneys for Defendant*

DATED this 23 day of August, 2024
and approved as to form and content by:

ISAAC LEWIS #1126780

*Plaintiff, pro se*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
Dated: __August 23, 2024.__