UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ISAAC LEWIS,<br><br>          Plaintiff,<br><br>  v.<br><br>B. GUTIERREZ, *et al.*,<br><br>          Defendants. | Case No. 3:22-CV-00010-CLB<br><br>**ORDER TO CHANGE ADDRESS** |

On August 23, 2024, the Defendants filed a stipulation for extension of time to file a joint pretrial order, which the Court granted. (ECF Nos. 76, 77.) The Court mailed these documents to Plaintiff's address at the High Desert State Prison ("HDSP"). On August 26, 2024, the HDSP returned these documents as undeliverable, noting that Plaintiff is at Lovelock Correctional Center ("LCC"). (ECF No. 78.) Based on the Nevada Department of Corrections inmate locator website, it appears Plaintiff is now located at the LCC. However, Plaintiff has not filed a change of address with the Court. Pursuant to Local Rule IA 3-1, Plaintiff must immediately file with the Court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action.

Accordingly, **IT IS THEREFORE ORDERED** that Plaintiff shall file his notice of change of address with the Court by **Friday, September 27, 2024**, and failure to do so may result in this action being dismissed.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **SEND** this order and **RESEND** ECF Nos. 76 and 77 to the Plaintiff at **Lovelock Correctional Center**.

IT IS SO ORDERED.

DATED: __August 26, 2024__.

_____
UNITED STATES MAGISTRATE JUDGE