AARON D. FORD
  Attorney General
VICTORIA C. COREY (Bar No. 16364)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way., Ste. 100
Las Vegas, Nevada 89119
(702) 486-9245 (phone)
(702) 486-3768 (fax)
Email: vcorey@ag.nv.gov

*Attorneys for Defendant,*
*Veronica Avila, Albert Castellan,*
*Benedicto Gutierrez, and Vanessa Nicholson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ISAAC LEWIS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>B. GUTIERREZ, *et al.,*<br><br>　　　　　　Defendants. | Case No. 3:22-cv-00010-CLB<br><br>**NOTICE OF APPEAL** |

　　　　Defendants, Veronica Avila, Albert Catellan, Benedicto Gutierrez, and Vanessa Nicholson, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Victoria C. Corey, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby pursuant to FED. R. APP. P. 3 & 4 and 28 U.S.C. § 1291, hereby appeal this Court's orders rejecting Defendants entitlement to qualified immunity, including but not limited to the Order filed on August 5, 2024 (ECF No. 75), denying Defendants' Motion for

///

///

///

///

///

///

Summary Judgment asserting qualified immunity, which ruling is immediately appealable as an interlocutory appeal,[1] and which once appealed divests the district court of jurisdiction.[2]

DATED this 4th day of September 2024.

        AARON D. FORD
        Attorney General

        By: /s/ *Victoria C. Corey*
        VICTORIA C. COREY (Bar #16364)
        Deputy Attorney General

        *Attorneys for Defendants*

---

[1] *Mitchell v. Forsyth*, 472 U.S. 511, 526–27 (1985).
[2] *Chuman v. Wright*, 960 F.2d 104, 105 (9th Cir. 1992).

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on September 4, 2024, I electronically filed the foregoing, **NOTICE OF APPEAL,** via this Court's electronic filing system.  Parties who are registered with this Court's electronic filing system will be served electronically.

>Isaac Lewis, #1126780
>Lovelock Correctional Center
>1200 Prison Road
>Lovelock, Nevada NV 89419
>lcclawlibrary@doc.nv.gov

*Plaintiff, Pro Se*

_____
An employee of the
Office of the Nevada Attorney General