**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

ISAAC LEWIS,

Plaintiff,

v.

B. GUTIERREZ,

Defendant.

Case No. 3:22-CV-00010-CLB

**ORDER TO CHANGE ADDRESS**

On August 31, 2026, the Court entered an order granting Plaintiff's motion for extension of time to conduct discovery, (ECF No. 107). (ECF No. 109) The Court sent this document to Plaintiff's address at Lovelock Correctional Center ("LCC"). (ECF No. 80.) On September 3, 2026, this document was returned as undeliverable with the note that Plaintiff is now at Ely State Prison ("ESP"). (ECF No. 110.) Therefore, it appears Plaintiff is no longer at LCC and is now located at ESP. However, Plaintiff has not filed a change of address with the Court. Pursuant to Local Rule IA 3-1, Plaintiff must immediately file with the Court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action. LR IA 3-1.

Accordingly, **IT IS THEREFORE ORDERED** that Plaintiff shall file his notice of change of address with the Court by **Monday, October 5, 2026**, and failure to do so may result in this action being dismissed.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **SEND** this order and **RESEND** ECF No. 109 to Plaintiff at **Ely State Prison**.

**IT IS SO ORDERED.**

**DATED**: September 4, 2026.

**UNITED STATES MAGISTRATE JUDGE**