AARON D. FORD
Attorney General
VICTORIA C. COREY (Bar No. 16364)
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way., Ste. 100
Las Vegas, Nevada 89119
(702) 486-9245 (phone)
(702) 486-3768 (fax)
Email: vcorey@ag.nv.gov

*Attorneys for Defendant,*
*Veronica Avila, Albert Castellan,*
*and Vanessa Nicholson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ISAAC LEWIS,

Plaintiff,

v.

B. GUTIERREZ, *et al.*,

Defendants.

Case No. 3:22-cv-00010-CLB

**ORDER GRANTING STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE**

Plaintiff, Isaac Lewis, and Defendants, Veronica Avila, Albert Catellan, and Vanessa Nicholson, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Victoria C. Corey, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby submit their stipulation and agreement to extend the deadline for dispositive motions. The parties are requesting the modification in good faith and the request is supported by good cause.

Federal Rule of Civil Procedure 16(b) allows parties to request extensions of deadlines set in the Court's scheduling order. LR 26-3 requires that the extension of any date set by the discovery plan, scheduling order, or other order must—as well as satisfying the requirements of LR IA 6-1 to explain the reasons an extension is needed—demonstrate good cause for the extension. To demonstrate good cause, the parties must show "that, even in the exercise of due diligence, [the parties were] unable to meet the timetable set forth in the order." *Cruz v. City of Anaheim*, CV1003997MMMJEMX, 2011 WL 13214312, at *2

(C.D. Cal. Dec. 19, 2011) (citing *Zivkovic v. Southern California Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)). Prejudice to the opposing party is a factor in determining good cause, though lack of prejudice is "not a prerequisite." *Id.*

The parties have been working diligently together to stay in constant communication regarding discovery and dispositive motions in this matter. While Defendants have provided Lewis with all responses to his discovery needs, it recently game to both parties attention that a few weeks of medical sign-in sheets are missing from the discovery. Defense counsel immediately reached out to the institution to gather the remaining documents and expect to have these to Lewis this week. Additionally, Lewis will need a week or so of additional time to review these documents.

Based on the foregoing, the Parties submit that good cause exists to grant the requested extension and that the deadline to submit dispositive motions be moved to November 23, 2026.

DATED this 9th day of November, 2026
and respectfully submitted by:
AARON D. FORD
Attorney General

/s/ *Victoria C. Corey*
VICTORIA C. COREY (Bar No. 16364)

*Attorneys for Defendant*

DATED this 9th day of November, 2026
and approved as to form and content by:

/s/
ISAAC LEWIS #1126780

*Plaintiff, pro se*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

Dated: November 9, 2026.